(C.A.D. 1257)

INTERNATIONAL SPRING MFG. CO., APPELLANT *v.* UNITED STATES, APPELLEE No. 80–37

(641 F. 2d 875)

U.S. Court of Customs and Patent Appeals, February 19, 1981

*Doherty* and *Melahn*, attorneys for appellant.

*Alice Daniel*, Assistant Attorney General, *David M. Cohen*, Director, *Joseph I. Liebman*, Attorney in Charge, *Robert E. White*, of counsel.

[Oral argument on February 2, 1981 by *William E. Melahn* for appellant and *Robert H. White* for appellee.]

Before MARKEY, *Chief Judge*, RICH, BALDWIN, MILLER, and NIES, *Associate Judge*.

NIES, Judge.

This appeal is from the judgment of the U.S. Customs Court (hereinafter the U.S. Court of International Trade), 496 F. Supp. 279, 85 Cust. Ct. 5, C.D. 4862, sustaining the classification of leaf springs suitable for use on various kinds of non-self-propelled trailers as other springs under item 652.88 rather than as springs suitable for motor vehicle suspension under item 652.84. * We affirm.

## OPINION

We agree with the decision of the Court of International Trade that the non-self-propelled trailers for which the imported springs are suitable are not motor vehicles within the meaning of

---

\* The relevant provisions of the TSUS read:

*Schedule 6, Part 3, Subpart F—Miscellaneous Metal Products*

Springs and leaves for springs, of base metal: [Claimed]

| | | |
|---|---|---|
| 652.84 | Suitable for motor vehicle suspension | 4% ad val. |
| * | * * * * * | * |
| [Classified] | | |
| 652.88 | Other | 9. 5% ad val. |

item 652.84. Accordingly, we *affirm* the judgment of the court and adopt the opinion below as our own.